There is no document to display.